

# Fourth Court of Appeals
## San Antonio, Texas

June 24, 2022

No. 04-21-00327-CV

**NETFLIX, INC**.; Netflix Worldwide Entertainment, LLC; Kyoko Miyake; Sarit G. Work; Samantha Knowles; Kate Gill; Jigsaw Productions, LLC; Muddy Waters Productions LLC; Alex Gibney; Philip Ross; Jo Ann Rivera; Laura A. Martinez; Brittany A. Martinez; Michelle C. Martinez; and Jose H. Martinez,
Appellants

v.

Tonya **BARINA**,
Appellee

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2021CI04501
Honorable Cathleen M. Stryker, Judge Presiding

# O R D E R

Sitting:     Patricia O. Alvarez, Justice
Irene Rios, Justice
Beth Watkins, Justice

On June 24, 2022, Attorneys Katherine Bolger and Rachel Strom moved to appear *pro hac vice* before this court. They provided proof of payment for the $250 Board of Law Examiners participation fee, and they were endorsed by Texas Attorney Laura Prather, in compliance with Texas Government Code section 82.0361 and Rule 19 of the Texas Rules Governing Admission to the Bar.

Their motions to appear *pro hac vice* before this court are GRANTED.

It is so **ORDERED** on June 24, 2022.

**PER CURIAM**

ATTESTED TO: _____
MICHAEL A. CRUZ, CLERK OF COURT

